UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| IMPLICIT, LLC,<br><br>   *Plaintiff,*<br><br>  v.<br><br>PAYPAL, INC. ET AL.,<br><br>   *Defendants*. | C.A. No. 6:22-cv-686-ADA |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Implicit, LLC and Defendant PayPal, Inc., by and through their attorneys, jointly moved for an order approving their stipulation. After consideration of such motion, it is hereby GRANTED, and it is ORDERED that:

  1.  All claims against Defendants PayPal, Inc. are dismissed with prejudice;

  2.  All counterclaims against Plaintiff Implicit, LLC are dismissed without prejudice; and

  3.  Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

SO ORDERED, this 1st day of June, 2023.